UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DESIREE JUAN,

                *Plaintiff,*

    -against-

LAND AMERICA FINAICIAL GROUP, INC., and
DOE CORPORATIONS 1-5, names being fictitious,

                *Defendant's.*
------------------------------------------------------------X

07 Civ. No. 7828 (GBD)

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial with respect to all issues raised by the complaint.

Dated: New York, New York
        September 12, 2007

                          **SCHWARTZ & PERRY LLP**
                          *Attorneys for the Plaintiff*

                          By:_____
                             MURRAY SCHWARTZ (7075)
                             295 Madison Ave
                             New York, New York 10017
                             (212) 889-6565

TO:    **Hon. George B. Daniels**
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl Street, Room 630
        New York, New York 10007

        **Office of the Clerk of the Court**
        United States District Court
        Southern District of New York
        500 Pearl Street, New York, New York, 10007

        **Seyfarth Shaw**
        *Attorneys for the Defendant*
        620 Eighth Avenue
        New York, NY 10018-1405

        **Attn: Robert S. Whitman, Esq.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DESIREE JUAN,  07 Civ. No. 7828 (GBD)

                *Plaintiff,*

                **AFFIDAVIT OF SERVICE**

  -against-

LAND AMERICA FINAICIAL GROUP, INC., and
DOE CORPORATIONS 1-5, names being fictitious,

                *Defendant's.*
------------------------------------------------------------------X

STATE OF NEW YORK  )
                              )ss:
COUNTY OF NEW YORK  )

    Deponent, the undersigned, being sworn, says: I am not a party to the action, am over 18 years of age and reside at 163-34 Willets Point Blvd, Whitestone, New York 11357.

    On September 12, 2007 I mailed a true copy of Plaintiff's Demand for Jury Trial to defendants by delivering a true copy thereof in a post paid wrapper, in an official depository under the exclusive care of the United States Postal Service within New York State, addressed to counsel for Defendant at the following address:

**Seyfarth Shaw**
*Attorneys for the Defendant*
620 Eighth Avenue
New York, NY 10018-1405

**Attn: Robert S. Whitman, Esq.**

                                                                           _____
                                                                           MATTHEW T. SCHATZ

Sworn to before me this
12th day September 2007

_____
NOTARY PUBLIC

           BRIAN A. HELLER
    Notary Public, State of New York
         No. 02HE6081554
     Qualified in New York County
  Commission Expires October 7, 2010