09/10/2007 14:49 FAX 2127798208       SCHWARTZ & PERRY                            ☒002



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DESIREE JUAN,

                Plaintiff,        07 Civ. No. 7828 (GBD)

   - against –                **STIPULATION**

LANDAMERICA FINANCIAL GROUP, INC.,
and DOE CORPORATIONS 1-5, names being
fictitious,

                Defendants.
---------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto, that Defendant LandAmercia Financial Group Inc.'s time to answer, move, or otherwise respond to the Complaint shall be extended to and including September 26, 2007.

      IT IS ALSO AGREED that this Stipulation may be executed in counterparts, all of which when read together shall constitute the entire Stipulation.

Dated: New York, New York
       September 7, 2007

SCHWARTZ & PERRY                     SEYFARTH SHAW LLP

By: /s/ Murray Schwartz               By: /s/
   Murray Schwartz                      Lorie Almon (LA 4937)
   Matthew T. Schatz                  Robert S. Whitman (RW 1140)
                                        Gloria Galant (GG 2818)
295 Madison Avenue              620 Eighth Avenue
New York, New York 10017      New York, New York 10018
(212) 889-6565                     (212) 218-5500
Attorneys for Plaintiff                Attorneys for Defendant
Desiree Juan                          LandAmerica Financial Group, Inc.

SO ORDERED: SEP 1 2 2007

/s/ George B. Daniels
Hon. George B. Daniels
     HON. GEORGE B. DANIELS

NY1 26482814.1

09/10/2007 MON 18:03 [TX/RX NO 9594] ☒002