SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF BRONX
-----------------------------------------------------------------X
DESIREE JUAN,

              *Plaintiff,*

    -against-

LANDAMERICA FINANCIAL GROUP, INC., and
DOE CORPORATIONS 1-5, names being fictitious,

             *Defendant.*
-----------------------------------------------------------------X

Index No.: 18613/07

**AFFIDAVIT OF SERVICE**

COUNTY OF NEW YORK  )
                           )ss:
STATE OF NEW YORK    )

    I, Matthew Schatz, being sworn, say: I am not a party to this action, am over 18 years of age, and reside at Queens, New York.

    On August 16, 2007, at approximately 5:00 p.m., I served the within Summons and Verified Complaint on Land America Financial Group Inc. located at 140 East 45th Street, New York, New York 10017 by leaving it personally with a man who met me in the company's reception area, and who appeared when I requested the person who is authorized to accept service of process. The individual identified himself as Brian Juodzevich, an officer of the company. Deponent describes the person served as aforesaid to the best of Deponent's ability as follows:

        Male, Caucasian
        Approximately mid-40's
        Short, grey hair
        Eyeglasses
        Medium build, 6' 1"

                                                MATTHEW T. SCHATZ

Sworn to before me this 17th
day of August 2007

_____
NOTARY PUBLIC

BRIAN A. HELLER
Notary Public, State of New York
No. 02HE6081554
Qualified in New York County
Commission Expires October 7, 2010