USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
DEC 0 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

Desiree Juan,                          :

                    Plaintiff,         :      07cv7828(GBD)
                                       :
        -against-                      :      **CIVIL CASE MANAGEMENT**
                                       :      **PLAN AND SCHEDULING**
                                       :      **ORDER**
Landamerica Financial Group, Inc.,     :
                                       :
                    Defendant.         :
                                       :

------------------------------- x


        After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

    1.      No **additional parties** may be joined after **January 24, 2008**.

    2.      No **amendment** to the pleadings will be permitted after **January 24, 2008**.

    3.      Except for good cause shown, all **discovery** shall be commenced in time to be completed by **April 10, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

    4.      **Dispositive motions** are to be served by **May 16, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shell be adjourned to a date four (4) weeks from the decision on the motion.

    5.      A final **pretrial conference** will be held on **August 14, 2008 at 9:30 a.m.**.

    6.      The **Joint Pretrial Order** shall be filed no later than **July 18, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Courts Individual Rules of Practice.

7.   **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8.   The parties shall be **ready for trial** on 48 hours notice on or after **August 24, 2008.** The estimated trial time is ___ days, and this is a jury trial.

9.   The **Next Case Management Conference** will be held on **March 20, 2008 at 9:30 a.m.**.

Dated: November 28, 2007
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United State District Judge        DEC 0 6 2007

SCHWARTZ & PERRY LLP

By:_____
Murray Schwartz
Matthew T. Shatz (MS5979)

295 Madison Avenue
New York, New York 10017
(212) 889-6565
    Attorneys for Plaintiff Desiree Juan

SEYFARTH SHAW LLP

By:_____
Lorie Almon (LA 4937)
Robert S. Whitman (RW 1140)
Gloria Galant (GG 2818)

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
    Attorneys for Defendant LandAmerica Financial Group, Inc.