

# SEYFARTH
## ATTORNEYS SHAW LLP

Writer's direct phone
(212) 218-5629

Writer's e-mail
rwhitman@seyfarth.com

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2008
```

**SO ORDERED**

August 12, 2008

*George B. Daniels*

**HON. GEORGE B. DANIELS**

AUG 1 3 2008

**VIA FACSIMILE (212) 805-6737**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Desiree Juan v. LandAmerica Financial Group Inc.,
No. 1:07-cv-7828 (GBD)

Dear Judge Daniels:

This firm is counsel to the Defendant in the above-referenced action. We write on behalf of both parties to jointly request an adjournment of the deadline for fact discovery from September 5, 2008 to November 30, 2008. This adjournment is necessary because of numerous scheduling conflicts among prospective deposition witnesses and counsel, including medical procedures and military service, which have made it impossible to complete discovery by the current deadline. The parties are confident that they would be able to complete document production, depositions, and other anticipated discovery efforts by the new deadline.

On behalf of both parties, I thank the Court for its attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

Robert S. Whitman

cc: Matthew T. Schatz, Esq. (by fax)

BRUSSELS · WASHINGTON D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

NY1 26523865.2 / 51091-000006